COMMONWEALTH of Pennsylvania,
Respondent

v.

Mikael Rafael COLES, Jr., Petitioner

No. 734 MAL 2016

Supreme Court of Pennsylvania.

March 22, 2017

### ORDER

PER CURIAM

AND NOW, this 22nd day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**